```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 35769
   KAREN L KING
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-0119


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 09/07/05 and confirmed on 12/16/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $    4682.32 .

   4.   The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
LIGHTHOUSE FINANCIAL GRO   UNSECURED         NOT FILED            .00            .00
COMED                      UNSECURED         NOT FILED            .00            .00
SBC BANKRUPTCY DESK        UNSECURED            702.62            .00         702.62
ADVANCE AMERICA            UNSECURED           1249.00            .00        1249.00
10 MINUTE PAYDAY LOAN CO   UNSECURED         NOT FILED            .00            .00
AMERICAN CASH N GO         UNSECURED         NOT FILED            .00            .00
AUDIT SYSTEMS INC          UNSECURED         NOT FILED            .00            .00
CHECK RECOVERY SYSTEMS     UNSECURED         NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED - C       104.36             .00         104.36
ECAST SETTLEMENT CORPORA   UNSECURED           1585.33            .00        1585.33
MERRICK BANK               UNSECURED         NOT FILED            .00            .00
PEOPLES GAS                UNSECURED               .00            .00            .00
DEPENDON COLLECTION SERV   UNSECURED         NOT FILED            .00            .00
IMPERIAL MERCHANT SRVS     UNSECURED         NOT FILED            .00            .00
IMPERIAL MERCHANT SRVS     UNSECURED         NOT FILED            .00            .00
IMPERIAL MERCHANT SRVS     UNSECURED         NOT FILED            .00            .00
ILLINOIS LENDING CORP      UNSECURED            667.93            .00         667.93
         Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED      OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00       4204.88      104.36        4309.24
PRINCIPAL PAID         .00          .00       4204.88      104.36        4309.24
INTEREST PAID          .00          .00           .00         .00            .00
TOTAL PAID             .00          .00       4204.88      104.36        4309.24
The Debtor's attorney, PRO SE DEBTOR                , was allowed $        .00
and was paid $       .00 .

The Trustee received $    158.66 .

Refunds to the Debtor totaled $    214.42 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE